# Notice Recipients

District/Off: 0208–7           User: admin           Date Created: 7/18/2022
Case: 19–22556–shl             Form ID: finnot       Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          ULSTER SAVINGS BANK

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
tr          Krista M. Preuss             info@ch13kp.com
aty         John Dubuc                   jdubuc@meolalaw.com
aty         Krista M. Preuss             info@ch13kp.com
aty         Michael A. Koplen            Atty@KoplenLawFirm.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          John Ovchinnikoff         26 Vermont Avenue         Congers, NY 10920
7491152     Cavalry SPV I, LLC        500 Summit Lake Drive, Ste 400         Valhalla, NY 10595
7501652     First National Bank of Omaha         1620 Dodge Street, Stop code 3105         Omaha, NE 68197
7490591     PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
7501933     Schiller Knapp Lefkowitz & Hertzel, LLP         Attorneys for Ulster Savings Bank         950 New Loudon Road         Latham New York 12110
7529080     Synchrony Bank         c/o PRA Receivables Management, LLC         PO Box 41021         Norfolk VA 23541
7490459     ULSTER SAVINGS BANK         280 WALL ST         KINGSTON, NY 12401
7530348     Ulster Savings Bank         c/o Schiller Knapp Lefkowitz & Hertzel L         180 Schwenk Drive         Kingston, NY 12401

TOTAL: 8